UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re MICHAEL JOSEPH SCHULTZ,

Plaintiff.

Case No. 15-cv-03364-JST (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

Re: Dkt. No. 6

Plaintiff Michael Joseph Schultz commenced this action when he filed a letter with the Court on July 21, 2015. Dkt. No. 1. On the same day the letter was filed, the Clerk of the Court directed plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. Dkt. Nos. 2, 3. Plaintiff was advised that failure to file the required documents within twenty-eight (28) days would result in dismissal of the action. On August 6, 2015, plaintiff requested an extension of time to file the required documents. Dkt. No. 6.

Good cause appearing, plaintiff's request for an extension of time is GRANTED. Plaintiff's complaint and IFP application must be filed within **twenty-eight (28)** days from the date of this Order. If the complaint and IFP application are not filed within this time period, this action will be dismissed without prejudice for failure to prosecute.

The Clerk shall send plaintiff another in forma pauperis application and another civil rights complaint form for his convenience.

This Order terminates Docket No. 6.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
JON S. TIGAR
United States District Judge